UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE EDWARD KASTEL,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>Defendant. | Civil No. 3:10-cv-05609-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 27, 2011, to file Defendant's responsive brief;
- Plaintiff shall have up to and including February 10, 2011, to file an optional reply brief;
- Oral argument, if desired, shall be requested by February 17, 2011.

DATED this 29th day of December 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:10-cv-05609-JRC]