UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE EDWARD KASTEL,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration,<br><br>            Defendant. | CIVIL NO. 10-CV-05609-JRC<br><br>ORDER ON STIPULATION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (see also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 2; Consent to Proceed Before a United States Magistrate Judge, ECF No. 11). This matter is before the Court on the plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Expenses (see ECF No. 21).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), and the Stipulated motion, it is hereby ORDERED that EAJA attorney's fees of $5,279.83 and expenses in the amount of $59.84, shall be awarded to plaintiff in accordance with Astrue v. Ratliff, 130 S. Ct.

ORDER RE EAJA FEES - Page 1
[11-cv-05609-JRC]

2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010). Pursuant to 28 U.S.C. § 1920, costs in the amount of $373.00 shall be awarded to plaintiff. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to plaintiff. Any check for EAJA fees shall be mailed to plaintiff's counsel, Teal M. Parham, at 910 12th Avenue – PO Box 757, Longview, WA 98632.

DATED this 16th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER RE EAJA FEES - Page 2
[11-cv-05609-JRC]